FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
DEC 15 2017
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF:<br><br>Three cell phones: an LG Model LS676; a Kyocera Model C5171; and a ZTE Model N9519 | UNDER SEAL<br><br>No. 17-MJ-1169 |

## ORDER

It is hereby ORDERED that the United States' Motion to Delay Notification, filed on December 15, 2017, is granted. Notice not due until March 20, 2018. The Motion to Delay Notification and this Order shall remain under seal until further order by this Court.

Dated: December 15, 2017

_____
Barbara D. Holmes
United States Magistrate Judge
Middle District of Tennessee